FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2022

No. 04-22-00053-CR

Santiago **RODRIGUEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0863-CR-C
Honorable Daniel H. Mills, Judge Presiding

# O R D E R

Appellant's court-appointed counsel filed an *Anders* brief and notified Appellant of his right to a free copy of the record and to file a pro se brief. Appellant requested a copy of the record, and we set Appellant's brief due on September 9, 2022.

On August 17, 2022, Appellant, who is incarcerated, noted that his unit will be on annual lockdown for at least thirty days, he will not have access to the unit law library during that time, and he requested an extension of time to file his brief until November 7, 2022.

Appellant's motion is granted. Appellant must file his pro se brief with this court by November 7, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court